# Robinson+Cole

ADAM J. PETITT

One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA  19103
Main (215) 398-0600
Fax (215) 827-5982
apetitt@rc.com
Direct (215) 398-0562

_**Via ECF**_

March 17, 2026

Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:**   _**Rowe Plastic Surgery of NJ LLC v. Aetna Life Insurance Company**_
> _**No.: 2:25-cv-15053 (BRM)(LDW)**_

Dear Judge Martinotti:

My firm represents Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced action. On March 4, 2026, the parties appeared before Your Honor for a premotion conference on Aetna's anticipated motion to dismiss the Amended Complaint. During that conference, the parties and the Court had an off-the-record discussion regarding a briefing schedule and the scope of Aetna's motion to be filed. The agreed-upon briefing schedule and scope of the motion was then recited on-the-record. Your Honor asked that the parties submit a proposed order for the Court's signature.

However, the parties could not agree on the wording of the motion's scope in the proposed order and Plaintiff sought to include an additional thirty (30) day deadline for an amicus brief to be filed in further support of Plaintiff's opposition. As such, Aetna submits its proposed order attached hereto as **Exhibit A**, which identifies the scope of the motion as agreed to during the conference. A copy of the transcript of conference is attached hereto as **Exhibit B**. The proposed order also includes, at Paragraph 4, Plaintiff's requested 30-day deadline for an opposition amicus brief for the Court's consideration. Aetna does not oppose Plaintiff's request.

Respectfully,

Adam J. Petitt

cc:  All Counsel of Record (_via ECF_)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin | Stamford | Wilmington | Philadelphia | Los Angeles | Albany

rc.com | Robinson & Cole LLP