**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ROWE PLASTIC SURGERY OF NJ, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:25-cv-15053 <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br> **WITHOUT PREJUDICE** |

Plaintiff Rowe Plastic Surgery of NJ, LLC, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Aetna Life Insurance Company without prejudice. Each party shall bear their own costs.

Dated: May 07, 2026
        Fair Lawn, New Jersey

GOTTLIEB & GREENSPAN, LLC
*Attorneys for Plaintiff*

By:    /s/ *Michael Gottlieb*
        Michael Gottlieb
        17-17 Route 208, Suite 250
        Fair Lawn, NJ 07410
        201-644-0896
        mgottlieb@gottliebandgreenspan.com

1