AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| ROWE PLASTIC SURGERY OF NJ LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-15053-BRM-LDW |
| AETNA LIFE INSURANCE COMPANY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amicus curiae Anthem HealthChoice Assurance, Inc.                                                 .

Date:     5/8/2026

*Attorney's signature*

Stefanie A. Cerrone -- NJ Bar No. 444382023
*Printed name and bar number*

Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022
*Address*

stefanie.cerrone@troutman.com
*E-mail address*

(212) 704-6221
*Telephone number*

(212) 704-6288
*FAX number*