**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROWE PLASTIC SURGERY OF NJ, LLC,<br>Plaintiff,<br>-against-<br>AETNA LIFE INSURANCE COMPANY,<br>Defendant. | Case No.: 2:25-cv-15053<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Rowe Plastic Surgery of NJ, LLC, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Aetna Life Insurance Company without prejudice. Each party shall bear their own costs.

Dated: May 07, 2026
Fair Lawn, New Jersey

GOTTLIEB & GREENSPAN, LLC
*Attorneys for Plaintiff*

By: /s/ *Michael Gottlieb*
Michael Gottlieb
17-17 Route 208, Suite 250
Fair Lawn, NJ 07410
201-644-0896
mgottlieb@gottliebandgreenspan.com

SO ORDERED.

Brian R. Martinotti
BRIAN R. MARTINOTTI, USDJ
DATED: SEPT. 4, 2026